No. 10-11120. Antwan Lavern Graham, Petitioner v. United States.

565 U.S. 868, 132 S. Ct. 217, 181 L. Ed. 2d 118, 2011 U.S. LEXIS 6720.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 418 Fed. Appx. 158.